# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 18-2252
_____

At Xayasounethone, also known as At Chandee

Petitioner

v.

William P. Barr, Attorney General of the United States

Respondent

_____

Petition for Review of an Order of the Board of Immigration Appeals
(A025-020-334)

_____

## JUDGMENT

Before SMITH, Chief Judge, ARNOLD, and KELLY, Circuit Judges.


This cause was submitted on petition for review of an order from the Board of

Immigration Appeals, on the original record and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the petition for review is

dismissed in accordance with the opinion of this court.

July 05, 2019




Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans